IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SEDERA HUFF**, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>**BMW OF NORTH AMERICA, LLC**<br>                              Defendant. | Case No. 2:24-cv-11289-EP-JRA |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Sedera Huff ("Plaintiff"), by and through undersigned counsel herby gives notice pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above – captioned action is voluntarily dismissed, without prejudice against Defendant BMW of North America, LLC. Plaintiff has not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice and without costs to either party.

Dated: March 12, 2025                              Respectfully Submitted,

                                                  */s/ Philip Furia*
                                                  Philip Furia
                                                  **SULTZER & LIPARI, PLLC**
SO ORDERED                                        85 CIVIC CENTER PLAZA, SUITE 200
   s/Evelyn Padin                                 POUGHKEEPSIE, NY 12601
Evelyn Padin, U.S.D.J.                            845-483-7100
                                                  Fax: 888-749-7747
Date: 3/13/2025                                   Email: furiap@thesultzerlawgroup.com